UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 11-23526 (ASD) |
| JOANNA GOULD | : | CHAPTER 7 |
| CARL DANIEL GOULD, JR. | : | |
| | : | |
| | : | |
| DEBTORS | : | |

### TRUSTEE'S OBJECTIONS TO PROOF(S) OF CLAIM
### AS TO THE DEBTOR, CARL DANIEL GOULD, JR.

To the Debtors, the Debtors' Attorney and all other parties in interest:

The undersigned, the duly qualified and acting trustee herein, objects to the below listed proof of claim(s) which has been filed herein and as and for his objections thereto alleges as follows:

| Claim No. | Creditor | Amount | Reason: |
|---|---|---|---|
| 11 | Capital One, N.A. | $750.49 | No personal liability as to Carl Daniel Gould, Jr.; Liability of spouse, Joanna Gould, only. |

WHEREFORE, the undersigned prays that the Court disallow said claim as to the Debtor, Carl Daniel Gould, Jr., as above requested or make such other order as is appropriate.

Dated at Glastonbury, Connecticut on February 26, 2013

Thomas C. Boscarino, Trustee
Boscarino, Grasso & Twachtman, LLP
628 Hebron Ave., Building Two, Suite 301
Glastonbury, CT 06033
Tel. No.: (860) 659-5657
Federal Bar No.: ct05466